**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 76 MAL 2023

         Respondent               :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

         v.                      :

                              :

BRUCE JERMAINE MURRAY JR.,         :

                              :

         Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.